INGERSOLL-RAND COMPANY, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, WESTCHESTER ASBESTOS Co., INC., and J. D. JOHNSTON COMPANY, INC., Respondents, and IRVING TRUST COMPANY, as Trustee in Bankruptcy of JOSEPH D. DUFFY, INC., Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs to the plaintiff-respondent and the defendants-respondents J. D. Johnston Company, Inc., and Westchester Asbestos Co., Inc. No opinion. Present — Martin, P. J., Townley, Dore, Cohn, and Callahan, JJ.

INDIAN MOTOCYCLE Co., Respondent, v. THE CITY OF NEW YORK and RUSSELL FORBES, Commissioner of Purchase of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, .P. J., Townley, Dore, Cohn and Callahan, JJ.

ERNEST CALTENBACK and JOHN EHM, Respondents, v. FIREMEN'S FUND INDEMNITY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARGARET M. MOONEY, Respondent, v. HENRY A. LIBAIRE and Others, Defendants, Impleaded with DWIGHT F. FAULKNER, JR., Appellant.— Judgment so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CURLEY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

U. S. B. & M. LIQUIDATION CORPORATION, Appellant, v. BONNET GAITHER SULLIVAN and PAUL T. SULLIVAN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BANKERS TRUST COMPANY and ANN TREADWAY MARSTON, as Executors, etc., of EDGAR L. MARSTON, Deceased, Appellants, v. JOHN B. DENNIS, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars as to remaining items to be served within ten days after service of order. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MAX IKLE, Respondent, v. SWITZERLAND GENERAL INSURANCE COMPANY, LTD., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.